COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:               01-09-00437-CR

Style:                      Gerald Hayes

                            **v** The State of Texas

Date motion filed[*]:        September 30, 2013

Type of motion:             Motion filed

Party filing motion:        Appellant

Document to be filed:       _____

Is appeal accelerated?      No

Ordered that motion is:

☐        Granted

         If document is to be filed, document due:

☑        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**Appellant requests that we "abate all current proceedings, provide a full record to the appellant pro se — which has been denied by court and appellate counsel, permitting a timely supplement and arguments to the Anders briefing" and prays that we "review all issues enclosed and order approval to submit supplement by pro se appellant prior to any ruling." Appellant filed his Anders response on July 8, 2013. Further, appellant's motions regarding the appellate record have been previously addressed by this Court on June 10, 2013. The motion is DENIED.**

Judge's signature: /s/ Chief Justice Sherry Radack
                    ☒ Acting individually        ☐ Acting for the Court

Panel consists of **_____**

Date:  October 9, 2013

November 7, 2008 Revision